UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **DAKOTA R. MICHAUD**, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) 1:23-CV-00058-LEW |
| **NURSE ALLISON**, | ) ) ) |
| Defendant | ) |

### ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On February 21, 2023, the United States Magistrate Judge filed with the court, with copies to the Plaintiff his Recommended Decision after review of the Plaintiff's Complaint. The time within which to file objections expired on March 7, 2023, and no objection was filed. The Magistrate Judge notified the Plaintiff that failure to object would waive his right to de novo review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. Plaintiff's Complaint is dismissed.

**SO ORDERED.**

Dated this 16th day of March, 2023.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE